IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                                             CASE NO: 1:04-cr-0029 DCB

HERBERT E. RAY                                                                             DEFENDANT

ORDER CHANGING VICTIM PAYEE

BEFORE THE COURT is the *sua sponte* suggestion of the Clerk that certain restitution funds, previously ordered to be paid to one of the victims in this case, Ira Howell, ought now and in the future be paid over to Judith B. Havard, due to the death of the said Ira Howell.

THE COURT is satisfied that Judith B. Havard is the sole heir of Ira Howell, given that certain Warranty Deed signed by the deceased, dated January 10, 2001 and recorded October 22, 2007 in Deed Book 2007 at page 5975 of the land records in the Office of the Chancery Clerk of George County, Mississippi, which states that Judith B. Havard received "all other personal property that I (Ira Howell) die seized and possessed of," and she is thus entitled to the restitution previously ordered to be paid unto Ira Howell.

THEREFORE, THE COURT hereby ORDERS that, upon presentment by Judith B. Havard of such forms of identification and proof of heirship as may be required by the Clerk, any current and future restitution amounts payable to Ira Howell should be paid over to Judith B. Havard in accordance with statutory and regulatory guidelines.

SO ORDERED AND ADJUDGED this the __17th__ day of February, 2022.

                                          <u>s/David Bramlette</u>
                                          UNITED STATES DISTRICT JUDGE